App. Div.]          Second Department, February, 1913.

Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York ex rel. Daniel A. Moulton, Respondent, v. Thomas S. Cheshire, County Clerk of Nassau County, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.

The People of the State of New York ex rel. Paul Shane, Respondent, v. Charles F. Gittens, Esq., Justice of the Peace of the Town of Hempstead, etc., Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Joseph J. Quinn, Respondent, v. New York Livery and Auto Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error in the exclusion of evidence at folios 138 to 143 of the printed record on appeal. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

John J. Ravener, an Infant, by Mary Ravener, His Guardian ad Litem, Respondent, v. The Citizen Publishing Company, Appellant.— Judgment of the County Court of Kings county modified by deducting therefrom the sum of fifty dollars erroneously included therein; and as so modified the judgment and order are unanimously affirmed, without costs to either party in this court. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Benjamin S. Raynor, Appellant, Respondent, v. The Van R. Swezey Coal and Lumber Company, Respondent, Appellant.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Minnie Succow, as Administratrix, etc., of Ernst Succow, Deceased, Respondent, v. Louis Timmerman, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

John Weigl, Appellant, v. William A. Prendergast, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

The Peoples Trust Company, Appellant, v. John W. Smith and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

In the Matter of the Application to Revoke the Letters Testamentary of Gesine Engel, as Executrix, etc., Respondent. Henry Doscher and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application of the Public Service Commission for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railroad or Railroads for the Conveyance and Transportation of Persons and Property, as Determined by the Commission, Ought to Be Constructed and Operated. Steinway Tunnel and